**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION**

| | | |
|---|---|---|
| LINDA EARWOOD, | ) | |
| | ) | Case No. 8:11-cv-03237 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| ENHANCED RECOVERY COMPANY LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiff, LINDA EARWOOD, by and through her attorneys, and hereby advises the Court that she is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties

Respectfully submitted,

/s/ James M. Ervin
James M. Ervin
Federal Bar ID No. 9537
Attorney for Plaintiff
Luxenburg & Levin, LLC
600 Columbia Avenue
Lexington, SC 29072
(888) 493-0770, ext. 308 (phone)
(866) 551-7791 (facsimile)
James@LuxenburgLevin.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 17, 2012, a copy of the foregoing Notice of Dismissal was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

    /s/ James M. Ervin
James M. Ervin
Federal Bar ID No. 9537
Attorney for Plaintiff
Luxenburg & Levin, LLC
600 Columbia Avenue
Lexington, SC 29072
(888) 493-0770, ext. 308 (phone)
(866) 551-7791 (facsimile)
James@LuxenburgLevin.com